STATE OF MARYLAND *v.* MICHAEL ALEXANDER
DAVIS

[No. 26, September Term, 1981.]

*Decided March 23, 1982.*

The cause was argued before MURPHY, C. J., and SMITH,
DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*Maureen O'Ferrall, Assistant Attorney General,* with
whom was *Stephen H. Sachs, Attorney General,* on the brief,
for appellant.

*Michael R. Braudes, Assistant Public Defender,* with
whom was *Alan H. Murrell, Public Defender,* on the brief,
for appellee.

## ORDER

The petition for writ of certiorari having been granted and
heard, it is this 23rd day of March, 1982

ORDERED, by the Court of Appeals of Maryland, that the
writ of certiorari be, and it is hereby, dismissed with costs,
petition having been improvidently granted.